# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

|  |  |  |
|---|---|---|
| Byron Pacheco<br>To Call Writer Directly:<br>+1 212 909 3247<br>byron.pacheco@kirkland.com | 601 Lexington Avenue<br>New York, NY 10022<br>United States<br><br>+1 212 446 4800<br><br>www.kirkland.com | Facsimile:<br>+1 212 446 4900 |

July 5, 2023

**By Email and ECF**

The Honorable Analisa Torres.
Daniel Patrick Moynihan United States Courthouse
500 Pearl St, Courtroom 15D
New York, NY 10007
Torres_NYSDChambers@nysd.uscourts.gov

     Re:    *John Brian Clark, et al. v. BRC Inc., et al.*, No. 1:23-cv-5340 (S.D.N.Y.)

Dear Judge Torres:

     We represent Defendants BRC Inc. and Black Rifle Coffee Company, LLC ("Defendants") in the above-referenced matter. Pursuant to Rule I.C of Your Honor's Individual Practices in Civil Cases, we write with the consent of Plaintiffs John Brian Clark, JBC Structured Products LLC, and Marathon Capital LLC ("Plaintiffs") to jointly request an extension of the deadline for Defendants to answer, move, or otherwise respond to the Complaint from the present deadline of August 28, 2023 until September 25, 2023.[1] This is the Parties first request for an extension of this deadline. The Parties make this request to permit Defendants sufficient time to analyze and respond to Plaintiffs' claims.

                                    Respectfully submitted,

                                      /s/ *Byron Pacheco*
                                      Byron Pacheco

---

[1] Plaintiffs requested that Defendants waive service on June 27, 2023. August 28, 2023 is therefore Defendants current deadline to respond to the Complaint pursuant to Federal Rule of Civil Procedure 4(d)(3).